**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated, | Case No. 3:18-cv-00395-L-BLM |
| Plaintiff, | CLASS ACTION |
| vs. | **JOINT MOTION AND STIPULATION TO STAY ACTION** |
| GENERAL MILLS, INC. and GENERAL MILLS SALES, INC., | Hon. M. James Lorenz |
| Defendants. | |

1    Plaintiff Crystal Hilsley ("Plaintiff") and Defendants General Mills, Inc. and
2  General Mills Sales, Inc. ("Defendants") (collectively "the Parties") respectfully
3  submit this Joint Motion and Stipulation to Stay Action and state as follows:
4    **WHEREAS**, on October 22, 2019, the Parties attended a full day mediation
5  conducted by Jill R. Sperber, Esq. of Judicate West;
6    **WHEREAS**, the Parties have been diligently negotiating the terms of a
7  settlement during the past several months;
8    **WHEREAS**, on March 9, 2020, the Parties attended a second mediation
9  session before Jill R. Sperber, Esq. where the Parties agreed to the principal terms
10 of a settlement;
11   **WHEREAS**, the Parties are working towards finalizing the terms of a formal
12 settlement agreement that will resolve the claims in this action;
13   **WHEREAS**, the Parties agree that a 90-day stay of this action would further
14 facilitate the Parties' ability to finalize the terms of a formal settlement agreement;
15   **NOW THEREFORE**, the Parties respectfully request that Court stay this
16 action for a 90-day period until July 7, 2020.
17
18 **IT IS SO STIPULATED.**
19
20 Dated: April 7, 2020           Respectfully submitted,
21
22                                */s/ Michael T. Houchin*
                                  MICHAEL T. HOUCHIN
23
24                                LAW OFFICES OF RONALD A. MARRON
                                  Ronald A. Marron
25                                *ron@consumersadvocates.com*
                                  Michael T. Houchin
26                                *mike@consumersadvocates.com*
                                  Lilach Halperin
27                                *lilach@consumersadvocates.com*
                                  651 Arroyo Drive
28                                San Diego, California 92103

-1-

*Hilsley v. General Mills, Inc., et al.*, Case No. 3:18-cv-00395-L-BLM
JOINT MOTION AND STIPULATION TO STAY ACTION

| | |
|---|---|
| | Telephone: (619) 696-9006 |
| | Facsimile: (619) 564-6665 |
| | |
| | **LAW OFFICE OF DAVID ELLIOT** |
| | David Elliot |
| | *davidelliot@elliotlawfirm.com* |
| | 2028 3rd Avenue |
| | San Diego, CA 92101 |
| | Telephone: (858) 228-7997 |
| | ***Counsel for Plaintiff and the Proposed Class*** |
| | |
| Dated: April 7, 2020 | Respectfully submitted, |
| | |
| | /s/ *Charles Sipos* |
| | CHARLES SIPOS |
| | |
| | David T. Biderman, Bar No. 101577 |
| | DBiderman@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1888 Century Park E., Suite 1700 |
| | Los Angeles, CA 90067-1721 |
| | Telephone: 310.788.9900 |
| | Facsimile: 310.843.1284 |
| | |
| | Charles Sipos, WA Bar No. 32825 |
| | pro hac vice |
| | Lauren Watts Staniar, WA Bar No. 48741 |
| | pro hac vice |
| | csipos@perkinscoie.com |
| | lstaniar@perkinscoie.com |
| | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| | Seattle, WA 98101 |
| | Telephone: 206.359.8000 |
| | Facsimile: 206.359.9000 |
| | *Counsel for Defendants General Mills, Inc. and General Mills Sales, Inc.* |

| | |
|---|---|
| 1 | **ELECTRONIC SIGNATURE CERTIFICATION** |
| 2 | I, Michael T. Houchin, hereby certify that the other signatory listed on this |
| 3 | document has authorized this electronic filing. I declare under penalty of perjury of |
| 4 | the laws of the United States that the foregoing is true and correct. |

Dated: April 7, 2020                              Respectfully submitted,

*/s/ Michael T. Houchin*
MICHAEL T. HOUCHIN

-3-
*Hilsley v. General Mills, Inc., et al.*, Case No. 3:18-cv-00395-L-BLM
JOINT MOTION AND STIPULATION TO STAY ACTION