UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC. et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No.: 3:18-cv-00395-L-BLM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION TO STAY** |

　　　Pending before the Court is the Joint Motion and Stipulation to Stay Action. (Doc. no. 35.) The parties request a 90-day stay pending conclusion of mediation. For good cause shown, the joint motion is granted. This action is stayed until July 7, 2020. No later than July 7, 2020, the parties shall file a joint status report or a motion for a preliminary approval of settlement. Failure to timely comply with this order may result in sanctions. *See* Civ. Loc. R. 83.1.

　　　**IT IS SO ORDERED.**
Dated: April 8, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. M. James Lorenz
　　　　　　　　　　　　　　　　　　United States District Judge