**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> GENERAL MILLS, INC. and GENERAL MILLS SALES, INC., <br><br> Defendants. | Case No. 3:18-cv-00395-L-BLM <br><br> <u>CLASS ACTION</u> <br><br> **JOINT STATUS REPORT AND JOINT MOTION TO SET FURTHER CASE DEADLINES** <br><br> Hon. M. James Lorenz |

Pursuant to the Court's Order dated April 8, 2020 (Dkt. No. 36), Plaintiff Crystal Hilsley ("Plaintiff") and Defendants General Mills, Inc. and General Mills Sales, Inc. ("Defendants") (collectively "the Parties") respectfully submit this Joint Status Report and Joint Motion to Set Further Case Deadlines.  The Court's April 8, 2020 Order (Dkt. No. 36) imposed a stay on this action until July 7, 2020 to allow the Parties to have time to finalize the terms of a class action settlement agreement.

The Parties have been working diligently towards drafting a formal class action settlement agreement and have now agreed upon all material terms of a settlement that will be presented to this Court. However, Plaintiff needs additional time to draft a Motion for Preliminary Approval of the Class Action Settlement. Plaintiff also intends to file an amended complaint that will conform with the terms of the class action settlement and that will add additional class representatives. Accordingly, the Parties respectfully request that the Court set the following deadlines in this matter to allow them additional time to finalize their class action settlement:

| | |
|---|---|
| Deadline for Plaintiff to file an Amended Complaint | August 28, 2020 |
| Deadline for Plaintiff to file a Motion for Preliminary Approval of Class Action Settlement | September 4, 2020 |

The Parties respectfully request that the Court stay all other litigation activity while the Parties are finalizing their settlement and related papers.

Dated: July 10, 2020                    Respectfully submitted,


/s/ Ronald A. Marron
RONALD A. MARRON

LAW OFFICES OF RONALD A. MARRON
Ronald A. Marron

-1-

*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
Lilach Halperin
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
David Elliot
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
***Counsel for Plaintiff and the Proposed Class***

Dated: July 10, 2020             Respectfully submitted,


/s/ *Charles Sipos*
CHARLES SIPOS

David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.843.1284

Charles Sipos, WA Bar No. 32825
pro hac vice
Lauren Watts Staniar, WA Bar No. 48741
pro hac vice
csipos@perkinscoie.com
lstaniar@perkinscoie.com
PERKINS COIE LLP

-2-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1201 Third Avenue, Suite 4900
Seattle, WA 98101
Telephone: 206.359.8000
Facsimile: 206.359.9000
*Counsel for Defendants General Mills,*
*Inc. and General Mills Sales, Inc.*

-3-

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **ELECTRONIC SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Charles Sipos, counsel for Defendants, and that I have obtained Mr. Sipos's authorization to affix his electronic signature to this document. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Dated: July 10, 2020                    Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON

-4-