UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GENERAL MILLS, INC. et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:18-cv-00395-L-BLM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION** |

For good cause shown, the Joint Motion to Set Further Case Deadlines (doc. no. 39) is granted.  Accordingly, it is ordered as follows:

　　1.　　No later than August 28, 2020, Plaintiff shall file an amended complaint.

　　2.　　No later than September 4, 2020, Plaintiff shall file a motion for preliminary approval of class action settlement.

　　3.　　All other litigation activity in this action is stayed while the parties finalize their settlement and related briefing.  All remaining Court-set dates are vacated.

**IT IS SO ORDERED.**

Dated:  July 13, 2020

_____
Hon. M. James Lorenz
United States District Judge