Todd M. Friedman, Esq. (216752)
Adrian R. Bacon, Esq. (280332)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff-intervenor*
*DAVID HAYES*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRYSTAL HILSLEY, ADRIENNE MORRIS, NIKKI COOK, and DAVID CHRISTENSEN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>      vs.<br>**GENERAL MILLS, INC. and GENERAL MILLS SALES, INC.**<br><br>**Defendants.** | **Case No.:** 3:18-cv-00395-L-BLM<br><br>**NOTICE OF DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that Plaintiff-Intervenor, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses his interest in this case with prejudice. Plaintiff-Intervenor has not filed a Complaint in intervention, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified, and court approval of this voluntary dismissal is therefore not required under Rule 23(a) of the Federal Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this 31[th] day of August 31, 2021.

Notice of Dismissal - 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                    LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                    By: /s/ Todd M. Friedman
                          TODD M. FRIEDMAN, ESQ.
                          Attorney for Plaintiff-Intervenor, David Hayes

## **CERTIFICATE OF SERVICE**

Filed electronically on this 31 day of August, 2021, with:

United States District Court CM/ECF system

Notification sent electronically on this 31th day of August, 2021, to:

Honorable Judge M. James Lorenz
United States District Court
Southern District of California


s/Todd M. Friedman
Todd M. Friedman, Esq.