UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC. et al.,<br><br>　　　　　　　　　Defendants. | Case No.:  3:18-cv-00395-L-BLM<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING MOTION TO WITHDRAW MOTION FOR APPOINTMENT OF INTERIM LEAD CLASS COUNSEL; AND GRANTING DISMISSAL OF PLAINTIFF-INTERVENOR'S INTEREST IN THIS ACTION**<br><br>**[ECF Nos. 67, 73, 74]** |

　　In this putative class action alleging deceptive food labeling, the Court granted a motion to intervene filed by David Hayes, a named plaintiff in a related class action pending in the Northern District of Illinois.  (ECF No. 61.)  To date Hayes has not filed a complaint-in-intervention.  On August 11, 2021, Hayes filed a motion seeking appointment of his counsel as interim lead class counsel in this action.  (ECF No. 67.)  On August 31, 2021, and before any response was filed, Hayes filed a motion to withdraw his motion for appointment of interim lead counsel.  (ECF No. 73.)  On the same date, Hayes filed a Notice of Dismissal seeking voluntarily to dismiss his interest in this action with prejudice.  None of Hayes' pending motions are opposed.

1

For good cause shown, Hayes' motion to withdraw his motion to appoint interim lead class counsel (ECF no. 73) is granted. His motion to appoint interim lead class counsel (ECF no. 67) is hereby withdrawn. To the extent Hayes had a claim in this action in the absence of a complaint-in-intervention, the claim is dismissed with prejudice pursuant to his Notice of Dismissal (ECF no. 74) and Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

Dated: September 9, 2021

Hon. M. James Lorenz
United States District Judge