**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, ADRIENNE MORRIS, NIKKI COOK, and DAVID CHRISTENSEN, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>   vs.<br><br>GENERAL MILLS, INC. and GENERAL MILLS SALES, INC.,<br><br>                    Defendants. | CASE NO. 3:18-cv-00395-L-BLM<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:    October 12, 2021<br>Time:    10:30 a.m.<br>Ctrm:    5B<br>Judge:   Hon. M. James Lorenz<br><br>NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 12, 2021 at 10:30 a.m., or as soon thereafter as the matter may be heard, in Courtroom 5B of the United States District Court for the Southern District of California located at 221 West Broadway, San Diego, CA 92101, before the Honorable Judge M. James Lorenz presiding, Plaintiffs Crystal Hilsley, Adrienne Morris, Nikki Cook, and David Christensen ("Plaintiffs") will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23(e) for an Order (1) Granting Preliminary Approval of a Class Action Settlement; (2) Certifying a Settlement Class; (3) Appointing Plaintiffs as the Class Representatives and Plaintiffs' Attorneys as Class Counsel; (4) Approving the Notice Plan; and (5) Setting the Final Approval Hearing and Schedule.

This Unopposed Renewed Motion is based on this Notice of Motion, Plaintiffs' concurrently-filed Memorandum of Points and Authorities in Support of the Motion, the concurrently-filed Declaration of Ronald A. Marron in Support of the Motion and Exhibits 1 and 2 attached thereto, the Declaration of James R. Prutsman in Support of the Motion, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

DATED: September 13, 2021          Respectfully submitted,

*/s/ Ronald A. Marron*
RONALD A. MARRON

**LAW OFFICES OF**
**RONALD A. MARRON**
RONALD A. MARRON
*ron@consumersadvocates.com*
Michael T. Houchin
*mike@consumersadvocates.com*
Lilach Halperin

1

*Hilsley v. General Mills, Inc.,* No. 3:18-cv-00395-L-BLM
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
***Counsel for Plaintiffs and the Proposed Class***

2

*Hilsley v. General Mills, Inc.,* No. 3:18-cv-00395-L-BLM
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT