David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.843.1284

Charles C. Sipos, *pro hac vice*
csipos@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101
Telephone:  206.359.8000
Facsimile:  206.359.9000

*Attorneys for General Mills, Inc.;
General Mills Sales, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL MILLS, INC., et al.., <br><br> Defendants. | Case No. 3:18-cv-00395-L-BLM <br><br> **JOINT MOTION TO EXTEND TIME TO FILE PRELIMINARY APPROVAL MOTION (L. Civ. R. 7.2)** <br><br> Hon. Judge M. James Lorenz |

Pursuant to Local Civil Rule 7.2, Defendants General Mills, Inc. and General Mills Sales, Inc. and; Plaintiffs Crystal Hilsley, Adrienne Morris, Nikki Cook and David Christensen (collectively, the Parties) jointly move the Court for an extension of time to file a preliminary approval motion, from July 18, 2022 until September 8, 2022.

On June 21, 2021, the Court denied Plaintiffs' second motion for preliminary approval of class action settlement and granted Mr. Hayes's motion to intervene. Dkt. No. 79. The Court ordered Plaintiffs to file any further motion for preliminary class action settlement approval by July 18, 2022. *Id.*

The Parties understand the Court's concerns with the proposed class action settlement, as outlined in its June 21 order. The Parties believe those concerns are best addressed with the help of a mediator, so they have promptly scheduled a mediation with the Honorable Leo S. Papas (Ret.) on the earliest mutually available date, August 25, 2022. The Parties will attend the mediation with the hopes of reaching a settlement that is fair and reasonable. To address the Court's concerns with the prior settlement, the Parties promptly scheduled a mediation with the Honorable Leo Papas (Ret.) on the first available date, August 25, 2022.

Good cause exists for the proposed extension. Given that the Parties' mediation is scheduled for August 25, the Parties request an extension up to and including September 8 for Plaintiffs to file a further motion for preliminary approval of class action settlement. Should the Parties reach a resolution of the case at the mediation, September 8 is the soonest date on which Plaintiffs and Intervenor can file a motion for preliminary approval, given the scope and complexities of the issues that motion must address.

Good cause having been shown, the Parties respectfully request that this Court extend the deadline to file a motion for preliminary approval of class action settlement from July 18, 2022 until September 8, 2022.

| | |
|---|---|
| DATED: June 30, 2022. | DATED: June 30, 2022. |
| Charles C. Sipos<br>**PERKINS COIE LLP**<br>*Attorney for Defendants* | Michael Houchin<br>**LAW OFFICES OF RONALD A. MARRON, PLC**<br>*Attorney for Plaintiffs* |
| By: */s/ Charles C. Sipos*<br>     Charles C. Sipos | By: */s/ Michael Houchin*<br>     Michael Houchin |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Michael Houchin, counsel for Plaintiffs, and that I have obtained Mr. Houchin's authorization to affix his electronic signature to this document.

By: */s/ Charles C. Sipos*
Charles C. Sipos
*Attorney for Defendants*