UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, et al.,<br><br>                             Plaintiffs,<br>v.<br>GENERAL MILLS, INC. et al.,<br><br>                            Defendants. | Case No.: 3:18-cv-00395-L-BLM<br><br>**CLASS ACTION**<br><br>**ORDER DENYING JOINT MOTION**<br><br>**[ECF No. 80]** |

      Pending before the Court is Joint Motion to Extend Time to File Preliminary Approval Motion. ("Joint Motion," ECF No. 80.) The parties request that the due date for filing a renewed motion for preliminary approval of class action settlement be extended from July 18, 2022, to September 8, 2022. The Joint Motion is denied for failure to show good cause as required by Rule 6(b) of the Federal Rules of Civil Procedure.

      The parties represent that they scheduled a mediation for August 25, 2022, "the earliest mutually available date." (Joint Motion at 2.) They did not specify the earliest date the mediator is available, and, if the mediator is available prior to August 25, 2022, did not state why they are not available to mediate on the earlier date. Further, the parties request two weeks to draft the motion after the mediation date. Given that any further renewed motion for preliminary approval would be their third attempt, the parties should

provide a reason for requesting a two-week delay after mediation to draft the renewed motion.

**IT IS SO ORDERED.**

Dated: July 1, 2022

_____
Hon. M. James Lorenz
United States District Judge